Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMEY CHRIS GOODWIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN, INC., NADER Z. POURHASSAN, and MICHAEL MULHOLLAND,<br><br>Defendants. | CLASS ACTION<br><br>Case No. 3:21-cv-05260-BHS-MLP<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Goodwin v. CytoDyn Inc et al.*, 3:21-cv-05260-BHS-MLP, brought before the United States District Court for the Western District of Washington, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jamey Chris Goodwin hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Federal Rule of Civil Procedure 23(e) is inapplicable because, though this case was

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

IDE LAW OFFICE
7900 SE 28TH STREET, SUITE 500
MERCER ISLAND, WA 98040
PH.: 206 625-1326

brought as a class action, no class has been certified or is sought to be certified herein for purposes of settlement. Indeed, a substantially similar, earlier-filed proposed class action continues in this Court: *Lewis v. CytoDyn Inc. et al.*, 3:21-cv-05190-BHS.

Dated: July 23, 2021

IDE LAW OFFICE

s/Matthew J. Ide, WSBA No. 26002
Matthew J. Ide, WSBA No. 26002
7900 SE 28th Street, Suite 500
Mercer Island, WA 98050
Tel. (206) 625-1326
Email: mjide@yahoo.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiff Jamey Chris Goodwin*